Christopher M. Lee
State Bar No. 24041319
Jim Morrison
State Bar No. 14519050
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NICHOLAS PAUL KARR | § | CASE NO. 24-34042-SWE-7 |
| | § | |
| Debtors | § | CHAPTER 7 |
| | § | |

**MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS AND CHAPTER 13 PLAN**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Debtor, Nicholas Paul Karr and requests an order extending the deadlines to file Chapter 13 Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies pursuant to L.B.R. 1007.1(a) and F.R.B.P 3015 and would show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. Debtor filed his petition in bankruptcy under Chapter 24-34042-SWE-7 on 12/12/2024

3. Chapter 13 Schedules, Statement of Affairs, and Chapter 13 Plan are due 12/26/2024.

4. The § 341 Creditor Meeting is set for 01/22/2025.

5. Debtor will need an additional fourteen (14) days, until 1/9/2025, to prepare the Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies because of the need to gather information. Debtor's other obligations have resulted in a delay in providing his

Attorney information necessary to produce accurate Chapter13 Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies.

WHEREFORE, PREMISES CONSIDERED, Debtor **Nicholas Karr** respectfully requests the Court to grant an extension of fourteen (14) days, until 1/9/2025, for Debtor to file his/her/their Chapter 13 Schedules, Statement of Affairs, Chapter 13 Plan, and new case deficiencies and for such other relief the Court may grant.

Dated: December 23, 2024

Respectfully Submitted,

LEE LAW FIRM, PLLC

By: /s/Christopher M Lee
Christopher M. Lee
State Bar No. 24041319
Jim Morrison
State Bar No. 14519050
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on December 23, 2024 a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR**:
Nicholas Karr
6701 Hursey St. Apt A
Dallas, TX 75205

**STANDING CHAPTER 13 TRUSTEE**:
Jeffrey H. Mims
Founders Square, Suite 560
900 Jackson Street
Dallas, TX 75202

**U.S. TRUSTEE**
Rm. 976
1100 Commerce Street
Dallas, TX 75242

        By: /s/ Christopher M. Lee
        Christopher M. Lee
        State Bar No. 24041319


        ATTORNEY FOR DEBTOR